UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHARLES CONKLIN,

                              Plaintiff,                08 Civ. 4463 (MGC)

        -against-                                 **COMPLAINT**

METRO-NORTH COMMUTER RAILROAD,

                            Defendant.
------------------------------------------------------------------------X

## **PLAINTIFF DEMANDS TRIAL BY JURY**

    Plaintiff, by his attorneys, Law Offices of Michael Flynn, PC complains of the Defendant and alleges:

    FIRST:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

    SECOND:  The Defendant is a corporation engaged in interstate commerce by rail and operate a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

    THIRD:  That prior to February 7, 2006, and at all times hereinafter mentioned, the Defendant employed the Plaintiff as a machinist under its direction, supervision and control and in furtherance of Defendant's business in interstate commerce.

    FOURTH:  That prior to February 7, 2006, and at all times hereinafter mentioned, the Defendant maintained, operated and controlled the Croton-Harmon Shop which contained Defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over through and upon which the Defendant operated engines, trains and cars under its control and direction.

FIFTH: That on or about February 7, 2006, while the Plaintiff, an employee of the Defendant, was in the performance of his duties as a machinist while working at the Croton-Harmon Shop in Croton Harmon, New York, the Defendant, its agents, servants, contractors and employees, so negligently and carelessly conducted themselves toward the Plaintiff in failing to provide Plaintiff with a reasonably safe place to work; in violation the OSHA Regulations and Safety Appliance Act as set forth in 45 U.S.C. Section 53; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, that all of the foregoing brought about severe and disabling injuries to the Plaintiff.

SIXTH: That the said injuries occurred while the Plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH: That the Plaintiff was damaged thereby in the sum of $1,000.000.00.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and disbursements of this action.

>
> Law Offices of Michael Flynn PC
> Attorneys for Plaintiff
> 1205 Franklin Avenue
> Garden City, NY 11530
> (516) 877-1234

_____
MICHAEL FLYNN, MF7150

AO 440 (Rev. 5/85) Summons in a Civil Action
================================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____ _____District of_____NEW YORK_____

CHARLES CONKLIN,

                Plaintiff,                                 **SUMMONS IN A CIVIL ACTION**

                  **V.**                                           CASE NUMBER:

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

      **TO:** **(Name and Address of Defendant)**

           Metro-North Commuter Railroad
           347 Madison Avenue
           New York, NY  10017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

       Michael Flynn, Esq., MF7150
       Law Offices of Michael Flynn PC
       1205 Franklin Avenue
       Garden City, NY 11530
       (516) 877-1234

an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____                 _____

CLERK                                                                    DATE

_____

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]        DATE

NAME OF SERVER                                                TITLE

Check the box below to indicate appropriate method of service

[ ]    Served personally upon the defendant. Place where served:

[ ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left:

[ ]    Returned unexecuted:

[ ]    Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL                        SERVICES                        TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                _____
              DATE                               SIGNATURE OF SERVER

                                                 _____
                                                 ADDRESS OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.