UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARLES CONKLIN
               Plaintiff,                             08 Civ. 4463 (MGC)

-against-

NATIONAL RAILROAD PASSENGER CORP.
               Defendant.
------------------------------------------------------------X

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned also appears on behalf of the Plaintiff, Charles Conklin in the above captioned matter and hereby demands service of all papers including notices of all proceedings in said action, all written communications of pleadings, notices or other papers.

DATE: June 3, 2008

CHARLES CONKLIN
By his attorney,

Robert M. Byrne, Jr, Esq.
SDNY Bar Roll No.: RB1333
Thornton & Naumes, LLP
100 Summer St., 30th Fl.
Boston, MA 02110
(617) 720-1333
rbyrne@tenlaw.com
Attorney for Plaintiff