UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHARLES CONKLIN,

                Plaintiff,

  -against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 Civ. 4463 (MGC)

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
      July 24, 2008                     GENERAL COUNSEL

                                  BY:__S/_____
                                    José R. Rios  - JRR-5785
                                     Attorneys for Defendant
                                     347 Madison Avenue
                                     New York, New York  10017
                                     (212) 340-2537