UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES CONKLIN,

                Plaintiff,

  -against-                                        **ANSWER**

                                                  08 Civ. 4463   (MGC)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------------------------X

       Defendant, Metro-North Commuter Railroad (hereinafter"Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

       1.  As to the allegations contained in paragraph(s)1, respectfully refers all questions of law and fact to judge and jury.

       2.  Admits the allegations contained in paragraph(s) 2 of the complaint.

       3.  Denies upon information and belief each of the allegations contained in paragraph(s) 3 of the complaint and refers all questions of law and fact to judge and jury, except admits that the the plaintiff was an employee of Metro-North.

       4.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 4 of the complaint and refers all questions of law and fact to judge and jury.

       5.  Denies the allegations contained in paragraph(s) 5, 6 and 7 of the complaint.

## AS AND FOR AN AFFIRMATIVE DEFENSE

6. As and for an affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
       July 24, 2008
                                      RICHARD K. BERNARD
                                      GENERAL COUNSEL

                                  By:__S/_____
                                    José R. Rios (JRR-5785)
                                    Special Counsel
                                    Attorneys for Defendant
                                    347 Madison Avenue
                                    New York, New York 10017
                                    (212) 340-2537

TO:   Michael Flynn, Esq.
        Law Office of Michael Flynn PLLC
        Attorney for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

STATE OF NEW YORK    :
                     : ss:
COUNTY OF NEW YORK:

  Laura Matthews, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

  On July __25__, 2008, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO: Michael Flynn, Esq.
   Law Office of Michael Flynn PLLC
   Attorney for Plaintiff
   1205 Franklin Avenue
   Garden City, NY 11530
   (516) 877-1234

             ___S/_____
             LAURA MATTHEWS

Sworn to before me this
__25th__ day of July, 2008

_S/_____
NOTARY PUBLIC

Conklin,Charles